UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------x
VICTOR DAVIS,                   :

              Plaintiff,   :   08 Civ. 5882 (WHP)(JCF)

                        :   ORDER OF REFERENCE TO
                           MAGISTRATE JUDGE

      -against-      :

NEW YORK STATE
DIVISION OF PAROLE,              :

            Defendant      :
------------------------------x

The above entitled action is referred to the Clerk of the Court for assignment to a Magistrate Judge. The purpose(s) for reference is/are the following:

____ General Pretrial (including scheduling, discovery, non-dispositive pretrial motions, and settlement)

____ Specific Non-Dispositve Motion/Dispute:*
_____
_____

If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: _____

____ Settlement*

____ Inquest After Default/Damages Hearing

____ Consent under 28 U.S.C. § 636(c) for all purposes (including trial)

____ Consent under 28 U.S.C. § 636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)

Purpose:_____

__X__ Habeas Corpus

____ Social Security

____ Dispositive Motion (i.e., motion requiring a Report and Recommendation)

Particular Motion:_____
_____
All such motions: ____

=================================================================

* Do not check if already referred for general pretrial.

**SO ORDERED.**

DATED: July 28, 2008
       New York, New York

                          UNITED STATES DISTRICT JUDGE
                          WILLIAM H. PAULEY III

*Copy mailed to:*

Victor Davis
40 Croton Davis
Yonkers, NY 10701
*Plaintiff Pro Se*